# EXHIBIT

# A

ELECTRONICALLY FILED - 2026 Jan 15 3:25 PM - DORCHESTER - COMMON PLEAS - CASE#2026CP1800097

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
| | ) | FIRST JUDICIAL CIRCUIT |
| COUNTY DORCHESTER | ) | CIVIL ACTION NO.: 2026-CP- |
| | ) | |
| Laura LaPine, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **SUMMONS** |
| | ) | |
| Home Depot USA, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**TO: THE ABOVE-NAMED DEFENDANT:**

**YOU ARE HEREBY SUMMONED** and required to answer the Complaint in this action, a copy of which is herewith served upon you, and to serve a copy of your Answer to said Complaint upon the subscribers at their office, 1125 Mathis Ferry Road, Mount Pleasant, South Carolina, 29464, within thirty (30) days from the service hereof, exclusive of the day of such service; except that the United States of America, if named, shall have sixty (60) days to answer from the service hereof, exclusive of such service; and if you fail to Answer the Complaint within the time aforesaid, judgment by default will be rendered against you for the relief demanded in the Complaint.

**THE ARNDT LAW FIRM**

*/s/Jonathan S. Arndt*
Jonathan S. Arndt, S.C. Bar No. 103128
1125 Mathis Ferry Road
Mount Pleasant, SC 29464
Telephone: (843) 469-8777
Jonathan@thearndtlawfirm.com

***Attorneys for the Plaintiff***

January 15, 2026
Mount Pleasant, South Carolina

ELECTRONICALLY FILED - 2026 Jan 15 3:25 PM - DORCHESTER - COMMON PLEAS - CASE#2026CP1800097

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
| | ) | FIRST JUDICIAL CIRCUIT |
| COUNTY OF DORCHESTER | ) | CIVIL ACTION NO.: 2026-CP- |
| | ) | |
| Laura LaPine, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **COMPLAINT** |
| | ) | **(Jury Trial Demanded)** |
| Home Depot USA, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, by and through the undersigned counsel, complaining of the above-named Defendant, alleges unto this Honorable Court as follows:

**JURISDICTION AND VENUE**

1. Plaintiff is a citizen and resident of the County of Dorchester, State of South Carolina.

2. Defendant Home Depot USA, Inc is a for-profit business organized and existing in the State of Delaware and is authorized to conduct business in the State of South Carolina where it has purposefully availed itself to the protections and benefits of the laws of this State. At all times relevant to the matters set forth herein, Defendant was the owner, operator and principal manager of the Home Depot in South Carolina and was responsible for selling and installing a range of products sold to citizens of this State.

3. The parties and subject matter contained herein are within this Court's jurisdiction.

4. Venue is proper pursuant to S.C. Code § 15-7-30(C)(1).

**FACTS**

5. On or about March 14, 2024, Plaintiff had a natural gas dryer appliance that she purchased through Defendant Home Depot installed in her home.

ELECTRONICALLY FILED - 2026 Jan 15 3:25 PM - DORCHESTER - COMMON PLEAS - CASE#2026CP1800097

6. In connection with the purchase, Plaintiff elected to utilize Defendant Home Depot's pro referral service for the installation.

7. Defendant, its agent and/or employee, then failed to ensure the natural gas dryer was properly installed and, as a result, created a gas leak within Plaintiff's home that caused her loss consciousness, fall, and sustain extensive personal injuries.

8. As a result of these injuries, Plaintiff has incurred, and will continue to incur in the future, medical treatment and expenses, and has suffered and will continue to suffer in the future, physical and mental pain and suffering, emotional anguish, and a loss of enjoyment of life.

**FIRST CAUSE OF ACTION**
**(Negligence – All Defendants)**

9. Plaintiff incorporates by reference the allegations of the Paragraphs above as if fully repeated herein.

10. At all times material hereto, Defendant owed Plaintiff a duty to exercise reasonable care and, through their acts and/or omission breached their duty of care owed to Plaintiff.

11. The injuries and damages sustained by Plaintiff were due to and caused by and were the direct and proximate result of the carelessness, negligence, recklessness, willfulness, wantonness, and heedlessness of Defendant, their agents and employees in the following particulars:

a. In failing to safely and properly install the gas appliance in Plaintiff's home;
b. In negligently hiring an installer who was unqualified, untrained, or otherwise incompetent to safely and properly install gas appliances;
c. In failing to conduct a reasonable background check, skills assessment, or review of qualifications of the installer prior to hiring;
d. In failing to provide adequate training and supervision to the installer with

ELECTRONICALLY FILED - 2026 Jan 15 3:25 PM - DORCHESTER - COMMON PLEAS - CASE#2026CP1800097

respect to gas line installation and leak testing procedures;

e. In allowing or requiring the installer to perform work beyond the scope of their experience, training, or licensure;

f. In failing to implement or enforce proper safety protocols, inspection procedures, or post-installation testing to detect dangerous conditions such as gas leaks;

g. In failing to verify that the installation was completed safely and in compliance with applicable codes, standards, and regulations;

h. In knowingly or recklessly retaining the installer despite prior complaints, incidents, or red flags concerning the quality or safety of their work;

i. In placing the Plaintiff and other members of the public at risk by prioritizing speed, cost savings, or convenience over safety and due diligence in the hiring and oversight of installers;

j. In failing to consider the safety of its customers;

k. In violating applicable rules, regulations, and codes;

l. In failing to properly train its employees/agents in a reasonable manner;

m. In failing to follow policies and procedures;

n. In creating a hazardous condition for their customers; and

o. Any such other particulars the evidence may show.

12. As a direct and proximate result of Defendant's negligence, gross negligence, willful, wanton, reckless and careless conduct, Plaintiff has incurred and will continue to incur medical treatment and expenses, loss of income, pain and suffering, emotional anguish, and loss of enjoyment of life.

ELECTRONICALLY FILED - 2026 Jan 15 3:25 PM - DORCHESTER - COMMON PLEAS - CASE#2026CP1800097

13. As a direct and proximate result of the acts and omissions of Defendant, Plaintiff is entitled to an award of damages in an amount to be determined by the trier of fact.

WHEREFORE, Plaintiff respectfully prays for judgment against Defendant for actual, consequential, and punitive damages in an amount to be determined by the trier of fact, for the costs and disbursements of this action, and for such other and further relief as this Court deems just and proper.

**THE ARNDT LAW FIRM**

*/s/Jonathan S. Arndt*
Jonathan S. Arndt, S.C. Bar No. 103128
1125 Mathis Ferry Road
Mount Pleasant, SC 29464
Telephone: (843) 469-8777
Jonathan@thearndtlawfirm.com

***Attorneys for the Plaintiff***

January 15, 2026
Mount Pleasant, South Carolina